UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raffaell A Jones

Write the full name of each plaintiff.

**18CV7792**

_____CV_____
(Include case number if one has been assigned)

-against-

#1) "John Doe white male Attorney for Jefferson 2 LLC
#2) John Doe white male Attorney for Jefferson 2 LLC
#3) GiGi BSP LLC (GiGi Porcelli)  #4)
#5) "George Doe"  #6) "Sammy Doe"
#7) Amsterdam Realty Group
#8) Jefferson 2 LLC

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Trial By Jury
Business and Personal Capacity

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[✓] Federal Question   *was tax fraud committed*

[✓] Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*§ 18 USC 1961(c) 1961(d) (RICO) Act of Fraud, Racketeering, Conspiracy, to Commit Tax Fraud in Violation of 421-A Real Property tax Law for State of New York*

B. If you checked Diversity of Citizenship

  1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ____N/A____ , is a citizen of the State of
(Plaintiff's name)

____N/A____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____N/A____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Gi Gi Porcellie__, is a citizen of the State of
(Defendant's name)

__Rhode Island__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__New York__.

If the defendant is a corporation:

The defendant, __Sammy Doe "__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __United Kingdom__

and has its principal place of business in __Bronx NY. 10453__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Rafael  A.  Jones__
First Name   Middle Initial   Last Name

__1765 Townsend Ave Apt 5H__
Street Address

__Bronx__                         ~~Bronx~~ __NY__    __10453-7688__
County, City                      State          Zip Code

__(646) 245-9580__                __Rafael00.Jones@outlook.com__
Telephone Number                  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: 
First Name: Gigi
Last Name: Porcellie
Current Job Title (or other identifying information): Owner/Agent of Property At 1765 Townsend
Current Work Address (or other address where defendant may be served): Ave. Bronx NY. 10453   Gigi Porcellie BSP
County, City: Unknown
State: Rhode Island
Zip Code: Unknown

Defendant 2:
First Name: Amsterdam
Last Name: Realty Group
Current Job Title (or other identifying information): Management Company
Current Work Address (or other address where defendant may be served): 243 Fifth Ave #409
County, City: NY
State: NY
Zip Code: 10016

Defendant 3:
First Name: "Sammy
Last Name: Doe"
Current Job Title (or other identifying information): Building Manager At 1765 Townsend
Current Work Address (or other address where defendant may be served): 1765 Townsend Ave Apt
County, City: Bronx
State: NY
Zip Code: 10453

Page 4

DEFENDANTS

#5) JEFFERSON 2 LLC
Address Unknown

#6) "John Doe" Attorney
White Male For Jefferson 2 LLC
Firm Address Work For Unknown

#7) John Doe #2)
White Male Attorney
For Jefferson 2 LLC
Firm Address Work For Unknown

Page # 4A

Defendant 4: George Doe "4"
First Name / Last Name

Manager for Jefferson 2 LLC
Current Job Title (or other identifying information)

P.O. Box 405
Current Work Address (or other address where defendant may be served)

Emerson    NJ    07630
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 1765 Townsend Ave. 1E Bronx Civil Courts

Date(s) of occurrence: May 30th, 2018

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I've been renting from GiGi Porcellie since Aug 2016. All my leases are governed under New York State tax Law 432-14 of Real Property Tax Law. In April of 2018 "Sammy Doe", George Doe "4", GiGi Porcellie, Amsterdam Realty Group, GiGi BSP, Jefferson 2 LLC all got together and conspired to not log April 2018 rental payment, so that I can be illegally taken to Housing Court in Bronx NY. on Case no# 26328/18 on a fraudulent claim that I owed them back rent. My lease agreement for 2017 to May 2018 was for $1,250.00 and under 432-A Real Property State Tax Law, the defendants can not raise rent more than 2.2% a year on lease renewals. On 8/1/2018

Page 5

# Statement of Claim     08/26/2018

## Note to the Courts

Here's what Gigi BSP, Jefferson 2 LLC, Amsterdam Reality Group, and the property managers are doing to all its tenants. All of us has the New York state tax law attached to our leases. According to the tax law, they can only raise upon renewal of our lease a 2.2% rental increase.

Upon renewal time of lease within 90 days they don't cash our rental payment checks, next they serve us all with court (state) notice, stating we owe back rent.

Upon court they jack up rental increases up over 200 to 300%. The reattach the New York state tax law 432-A Property Reality back to our current leases.

Since 432-A of New York State Reality Property tax law runs retroactive, this is tax fraud and aiding and abedding taxes.

Conspiracy is the meeting of minds: They performed this action on every tenant located at 1765 Townsend Ave.

Racketeering
Is when when three or more people get

page # 1 of 2

together to commit a Crime, Crime is ~~Tax Fraud~~ Tax Fraud, Aiding and Abbedding Tax Fraud, In Violation of Fed. R. Civ. P 16(D) Actions to commit Fraud upon our Housing Courts By stating on Record in libelous assertians that they never Recieve tenants rent.

<u>Fraud</u>

The Fraud occurred when and By 432-A of New York State Reality Property tax statute runs retroactive on All lease Renewals. Upon Renewal of Leases they are jacking tenants Rent up more than 200% to 300% which is a violation of "Id" SEC. 432-A NY Reality Property Tax Law. Which is and represents Tax Fraud & Aiding and Abbedding taxes.

Jefferson 2. LLC, and Both "John Doe" Jewish Attorney's DID this to Every single tenant! Close to 200 cases filed in Bronx Housing Court By Defendants with Exact same motive!

page # 2 of 2

I was summons to Court by Both John DOE white male Jewish Attorneys of Jefferson LLC AnCP GSP GiGi, At which time they tried to negotiate a 300% increase in my rent on next terms lease Ending in May 2019, in Actions of Violation of Rule 16A Fed.R.C.V.P. of Committing Actions of Fraud upon our Courts. At which time there attempting to charge me $1,450.00 For monthly rent! This is Extortion And Tax Fraud By NY State Law and

**INJURIES:** Violations of 18 U.S.C. 1964(c) 1964(c) of our (RICO Act) And Aide And abed taxes !

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

No physical Damage

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Under our Fraud statute And 42 U.S.C. §1983 I seek Punitive Damages of $300,000.00 per Defendant, And a strong request this Honorable Court Referre this Criminal Interprise under 460.40 to our U.S. Attorneys office For Prosecution.